## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY SEVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 26-463 |
| | ) | |
| JAMES SEVER, also known as JIM | ) | |
| SEVER, JERI SEVER, and DOES 1-10 | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Christopher B. Brown for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rule 72 of the Local Rules for Magistrate Judges. On May 11, 2026, the Magistrate Judge issued a Report and Recommendation recommending that Plaintiff Jeffrey Sever's Motion to Seal Case and for Protective Order be denied, that Plaintiff's Complaint be dismissed pursuant to 28 U.S.C. § 1915(e)(2), and that leave to amend not be granted. ECF No. 6. Mr. Sever was informed that Objections to the Report and Recommendations were due by May 29, 2026. No Objections have been filed.

After de novo review of the pleadings and the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 23rd day of June 2026, IT IS ORDERED that the Report and Recommendation, ECF No. 6, is adopted as the Opinion of this Court. Plaintiff's Complaint is DISMISSED and leave to amend the Complaint is not granted.

IT IS FURTHER ORDERED that Plaintiff's Motion to Seal Case and for Protective Order, ECF No. 1, is DENIED. The Clerk of Court is directed to unseal this case.

The Clerk of Court shall mark this case closed.

_s/*Marilyn J. Horan*
Marilyn J. Horan
United States District Judge

Jeffrey Sever
8018 Gladstone Drive # 76
Wendell, PA 15691